**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GABRIEL INVESTMENT GROUP, INC., ET AL., | § | BANKRUPTCY NO. 19-52298-RBK |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |

**NOTICE OF ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES**

PLEASE TAKE NOTICE that Gabriel Investment Group, Inc., Don's & Ben's, Inc., Gabriel Holdings, LLC, SA Discount Liquors, Inc., and Gabriel GP, Inc., Debtors and Debtors-in-Possession, hereby assume the following leases:

| | | | | | |
|---|---|---|---|---|---|
| D43 | 1542 Bandera Road | San Antonio | Texas | 78228 | G7, LLC |
| D50 | 2709 Goliad Road | San Antonio | Texas | 78223 | Rio Azul Investments, LLC |
| G5 | 837 W. Hildebrand | San Antonio | Texas | 78212 | Gabriel's Realty Partners |
| G6 | 2319 Pleasanton | San Antonio | Texas | 78221 | Gabriel's Realty Partners |

Respectfully submitted,

**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Thomas Rice*
    Thomas Rice
    Texas State Bar No. 24025613
    trice@pulmanlaw.com

**ATTORNEYS FOR DEBTORS**

.

{00492141}

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed on August 10, 2020, using the Court's CM/ECF System which caused it to be served upon those parties registered in the system as indicated below.

**_Via US First Class Mail_**
G7, LLC
Rio Azul Investments, LLC
Gabriel's Realty Partners
10903 Gabriel's Place
San Antonio, TX 78217

**_Via email: bpatterson@harneypartners.com_**
William R. Patterson
Harney Partners
PO Box 50252
Austin, TX 78763

**_Via CM/ECF: USTPRegion07.SN.ECF@usdoj.gov_**
United States Trustee
615 E. Houston, Room 533
San Antonio, TX 78205

**_Via CM/ECF: brian.smith@hklaw.com, brent.mcilwain@hklaw.com; robert.jones@hklaw.com;_**
Brent R. McIlwain/Brian J. Smith
Holland & Knight
200 Crescent Court, Suite 1600
Dallas, TX 75201

**_Via CM/ECF: srose@jw.com_**
J. Scott Rose
Jackson Walker, LLP
112 E. Pecan St., Suite 2400
San Antonio, TX 78205

**_Via CM/ECF: david.wender@alston.com_**
David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**_Via CM/ECF: pautry@branscomblaw.com_**
Patrick H. Autry
Branscomb Law
8023 Vantage, # 560
San Antonio, TX 78230

**_Via CM/ECF: don.stecker@lgbs.com_**
Don Stecker
Linebarger Goggan et al
711 Navarro, Suite 300
San Antonio, TX 78205

**_Via CM/ECF: csmall@dslawpc.com, drios@dslawpc.com_**
Caroline Newman Small /Sarah Santos
Davis & Santos, P.C.
719 S. Flores Street
San Antonio, Texas 78204

**_Via CM/ECF: mshriro@singerlevick.com_**
Michelle Shriro
Singer & Levick
16200 Addison Rd. #140
Addison, TX 75001

**_Via CM/ECF: dgragg@langleybanack.com, cjohnston@langleybanack.com sfoushee@langleybanack.com_**
David S. Gragg
Langley & Banack Incorporated
745 E. Mulberry #700
San Antonio, Texas 78212-3166

**_Via CM/ECF: ahochheiser@mauricewutscher.com_**
Alan Craig Hochheiser
Maurice Wutscher, LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122

{00492141} 2

*Via CM/ECF: treywhite@villawhite.com, ecfnotices@villawhite.com; bankruptcysa@gmail.com*
Morris E. "Trey" White
Villa & White, LLP
1100 NW Loop 410 #802
San Antonio, Texas 78213

*Via CM/ECF: ron@smeberg.com*
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 West Kings Highway
San Antonio, Texas 78201-4926

*Via CM/ECF: tmckenzie@tsslawyers.com*
Thomas W. McKenzie
Law Office of Thomas W. McKenzie
10107 McAllister Frwy
San Antonio, TX 78216

*Via CM/ECF:*
*jason.binford@oag.texas.gov; matthew.bohuslav@oag.texas.gov*
Jason B. Binford
Matthew Bohuslav
Office of Texas A.G.
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548

*Via CM/ECF:*
*jwharris@johnwharrislaw.com*
John W. Harris
Law Offices of John Wallis Harris
514 Thelma Drive
San Antonio, Texas 78212

*Via CM/ECF: lynn.buterl@huschblackwell.com*
Lynn H. Butler
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

*Via CM/ECF: royal@binghamandlea.com*
Royal B. Lea, III
Bingham & Lee, pc
319 Maverick St.
San Antonio, TX 78212

*Via CM/ECF: hervol@sbcglobal.net, hervollawoffice@yahoo.com;hervollawoffice@gmail.com*
H. Anthony Hervol
Law Office of H. Anthony Hervol
4414 Centerview Dr #200
San Antonio, TX 78228

*Via CM/ECF: john.demmy@saul.com; robyn.warren@saul.com*
John D. Demmy
1201 N. Market St., Suite 2300
P.O. Box 1266
Wilmington, DE 19899

*/s/Thomas Rice*
Thomas Rice